IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLYDE WOODS §<br>　　TDCJ-CID #1332200, §<br>　　　　　　　　Plaintiff, §<br>V. §<br>　　§<br>TDCJ, ET AL., §<br>　　　　　　　　Defendants. § | C.A. NO. C-06-222 |

### ORDER DENYING PLAINTIFF'S MOTIONS FOR A RULING AND TO DISQUALIFY ATTORNEY GENERAL

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Pending are plaintiff's motions (1) for a ruling on dispositive motions (D.E. 76); and (2) to disqualify the Attorney General from representing the defendants (D.E. 77). For the following reasons, both motions are denied.

### Motion for Rulings on Dispositive Motions

On April 12, 2007, plaintiff filed this motion, requesting that the Court rule on pending dispositive motions (D.E. 76). There are three dispositive motions pending before Chief Judge Hayden Head: (1) defendants' partial motion to dismiss (D.E. 18); (2) plaintiff's motion for injunctive relief (D.E. 29); and (3) plaintiff's motion for judgment (D.E. 46). The District Court will rule on those motions in the ordinary course of the court's business. It is inappropriate for plaintiff to submit a motion for ruling on motions. Plaintiff's motion (D.E. 76) is denied as frivolous. Future motions of this type will result in the imposition of sanctions, which may include monetary sanctions or dismissal of plaintiff's claims.

**Motion to Disqualify Attorney General**

In this motion (D.E. 77), plaintiff requests that the Attorney General be disqualified from representing the individual defendants. The laws of the State of Texas govern representation by the Attorney General. <u>See</u> Tex. Civ. Prac. & Rem. Code Ann., §§104.001, 104.004 (Vernon 2005). The fact that defendants are sued in their individual capacities does not defeat representation by the Attorney General, nor does contractual employment. Plaintiff has cited no authority to the contrary. Plaintiff's motion (D.E. 77) is denied.

ORDERED this 14th day of May, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE