# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE WOODS,<br>  Plaintiff, | § § § | |
| v. | § § | C.A. NO. C-06-222 |
| TDCJ, et al.,<br>  Defendants. | § § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

The United States Magistrate Judge filed her Memorandum and Recommendation on February 28, 2007. (D.E. 49). Petitioner timely filed objections. (D.E. 58). However, petitioner's objections are mere repetitions of his earlier legal arguments.

Having reviewed de novo the record, the Court accepts the Magistrate Judge's recommended decision.

The Court DENIES plaintiff's Motion for Injunctive Relief (D.E. 29).

ORDERED this ____24____ day of ____Aug____, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE