# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE WOODS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. C-06-222 |
| | § | |
| TDCJ, et al., | § | |
|     Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

The United States Magistrate Judge filed her Memorandum and Recommendation on February 28, 2007. (D.E. 48). Petitioner timely filed objections. (D.E. 62). However, petitioner's objections are mere repetitions of his earlier legal arguments.

Having reviewed de novo the record, the Court accepts the Magistrate Judge's recommended decision.

The Court GRANTS defendants' Motion for Partial Dismissal (D.E. 18). Plaintiff's claims against the individual defendants in their official capacities for money damages are DISMISSED with prejudice.

ORDERED this_____2 4_____day of _____Aug_____, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE