UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE WOODS,<br>　　Plaintiff | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | | C.A. No. C-06-222 |
| TDCJ, ET AL.,<br>　　Defendants | | |

## ORDER DENYING PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

On March 23, 2007, the United States Magistrate Judge filed a Memorandum and Recommendation in this case (D.E. 65). Plaintiff did not file objections. The Court regards such omission as Plaintiff's agreement with and acceptance of the Magistrate Judge's findings.

Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court adopts the findings and conclusions of the Magistrate Judge.

Plaintiff's motion for declaratory judgment (D.E. 46) is DENIED. Plaintiff's claims against the City of Beeville, the City of Huntsville, and the City of Rosharon, Texas, are DISMISSED with prejudice.

Plaintiff's claims for monetary damages against the Texas Department of Criminal Justice, the University of Texas Medical Branch, and the individual defendants in their official capacities are DISMISSED with prejudice.

ORDERED this __12__ day of ___Sept___, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE