UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE WOODS<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civ. No. CC-06-222 |
| TDCJ, et al.<br>　　Defendants. | §<br>§<br>§ | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CAUSE OF ACTION

The United States Magistrate Judge filed her Memorandum and Recommendation on November 15, 2007 (D.E. 109). Plaintiff filed objections (D.E. 111). Plaintiff's objections do not address the findings of the Magistrate Judge.

Having reviewed de novo the pleadings and motions on file, the Court accepts the Magistrate Judge's decision. The Court finds that defendants are entitled to qualified immunity on plaintiff's Eighth Amendment claims alleging deliberate indifference. The Court finds that plaintiff fails to state a claim under the Americans with Disabilities Act and fails to state a claim for medical negligence. The Court also finds that the plaintiff fails to state a claim concerning the medical treatment he received for HIV and Hepatitis C.

Accordingly, the Court GRANTS defendants' Motion for Summary Judgment (D.E. 88), DENIES plaintiff's Motion for Summary Judgment (D.E. 90), and DISMISSES all claims with prejudice.

ORDERED this __18__ day of __Jan__ 2008.

HAYDEN HEAD
CHIEF JUDGE